AO 450 (Rev. 5/85) Judgment in a Civil Case ⊗

# United States District Court

EASTERN DISTRICT OF WISCONSIN

**JUDGMENT IN A CIVIL CASE**

**NATALIE AND MARK KOEHLER,**

         Plaintiffs,

         V.                            CASE NUMBER: **06-C-233**

**METROPOITAN LIFE INSURANCE COMPANY,**

         Defendant.

☐    **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒    **Decision by Court.** This action came on for consideration and a decision has been rendered.

IT IS ORDERED AND ADJUDGED **that the defendant's motion for summary judgment on the plaintiffs allegations of violation of the Employee Retirement Income Security Act is GRANTED. This action is hereby DISMISSED.**

    **July 2, 2007**                                    **JON W. SANFILIPPO**
Date                                                    Clerk

                                                                   s/ Linda M. Zik
                                                                   (By) Deputy Clerk